IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JULIE A. KRUEGER,

        Plaintiff,
v.                                                                  JUDGMENT IN A CIVIL CASE

                                                                                      Case No.: 12-cv-513-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.
_____

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Julie A. Krueger attorney fees and costs in the amount of $2,569.55 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


    *s/ Peter Oppeneer*                                   3/11/2013
    Peter Oppeneer, Clerk of Court                     Date